# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**MARTINEZ GUILLERMO DIEGO PATRICIO ,**

v.

**WARDEN OF THE CALIFORNIA DETENTION CENTER ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26−CV−07036−JLT−CDB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/23/26 .**

ENTERED: **September 23, 2026**

/s/ **Keith Holland**
Clerk of Court